# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. :14-3266 MB (1) |
| Jose Navarrete Bravo | ) | |
| | ) | |
| | ) | |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUN 2 7 2014

_____
DEPUTY CLERK

## ORDER SCHEDULING A DETENTION HEARING

A preliminary and detention hearing are scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|
| | Date and Time: July 3, 2014 at 9:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 27, 2014

_____
Judge's signature

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*