FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 1 4 2014

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: Material Witness NCR ) ) ) | |
| UNITED STATES OF AMERICA ) ) | |
| Plaintiff, ) ) | No. 3:14-MJ-3266 |
| v. ) ) | Magistrate Judge Bryant |
| JOSE NAVARRETE BRAVO, *et al.*, ) ) | |
| Defendants. ) | |

## ORDER SETTING CONDITIONS OF RELEASE

On August 14, 2014, the undersigned Magistrate Judge conducted a bond hearing in this matter.

Following this hearing the undersigned found that material witness NCR should be released subject to the following conditions:

1. Report to pretrial services as directed.
2. Obtain no new passport.
3. Do not have contact with any defendants or witnesses in this case.
4. The witness' travel is restricted to the Middle District of Tennessee unless approved in advance by pretrial services.
5. Report as soon as possible, within 48 hours, to the supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
6. Allow probation/pretrial services officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view.
7. No firearms, dangerous weapons, or destructive devices.

It is so **ORDERED**.

JOHN S. BRYANT
United States Magistrate Judge