ORDER:
Motion for detention
hearing is granted.
Hearing is scheduled
for August 26, 2014,
at 1:30 P.M.

John Bryant
USMJ

# IN THE MAGISTRATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EMBLH, a Minor ) | |
| ) | Case No.: 3:14-MJ-3266-W16 |
| Material Witness, ) | Magistrate John Bryant |

## MOTION

Comes now the material witness and would hereby request a detention hearing. AUSA Van Vincent is unavailable August 22nd, therefore, Defendant would request that this matter be set for the afternoon of August 25th, 26th or 27th, 2014.

Respectfully submitted,

/s/ John E. Rodgers, Jr.
JOHN E. RODGERS, JR., #6041
Attorney for Material Witness
500 Harpeth Trace Drive
Nashville, TN 37221
(615) 353-9834

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 18th day of August, 2014, to:

Van Vincent
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
US Courthouse
Nashville, TN 37203-3870

/s John E. Rodgers, Jr.
John E. Rodgers, Jr.